## Aaron Thomas et al., Defendants in Error, v. Joseph Olenick, Plaintiff in Error.

### Gen. No. 13,865.

This case is controlled by the decision in Thomas v. Olenick, *ante*, p. 385.

Forcible entry and detainer. Error to the Municipal Court of Chicago; the Hon. MANCHA BRUGGEMEYER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1907. Reversed. Opinion filed April 3, 1908.

ERNEST B. CRESAP and FRANK H. GRAHAM, for plaintiff in error.

JOHN M. HUMPHREY, for defendants in error.

MR. JUSTICE FREEMAN delivered the opinion of the court.

For the reasons stated in the opinion of this court filed in Gen. No. 13,864, *ante*, p. 385, the judgment of the Municipal Court in this case will be reversed and the cause not remanded.

*Reversed.*